IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50605
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS M. SHUBIN,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CR-138-1
- - - - - - - - - - -
May 29, 1998
Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Curtis M. Shubin appeals his conviction and sentence for possession of a firearm by a convicted felon, a violation of 18 U.S.C. § 922(g)(1).

Shubin contends that the district court erred in denying him a full three-point offense-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b)(1). Because Shubin has not demonstrated that he "timely provid[ed] complete information to the government concerning his own involvement in the offense,"

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court did not abuse its discretion in denying him the full § 3E1.1(b) reduction.  See <u>United States v. Mills</u>, 9 F.3d 1132, 1136 (5th Cir. 1993); <u>United States v. Gonzales</u>, 19 F.3d 982, 983 (5th Cir. 1994); § 3E1.1(b)(1).

Shubin's argument that 18 U.S.C. § 922(g) is unconstitutional is foreclosed by this court's holding in <u>United States v. Rawls</u>, 85 F.3d 240, 242-43 (5th Cir. 1996).

AFFIRMED.